UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JEWEL GRIFFIN,

    Plaintiff,

v.                                                                                  No. 5:23-CV-300-H-BQ

MILTON LEE, et al.,

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for failure to follow Court orders. Dkt. No. 10. Judge Bryant additionally recommended that the Court deny the plaintiff's other pending motions. No objections were filed. The plaintiff has taken no action in this case since January 16, 2024. *See* Dkt. No. 8.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendant are dismissed without prejudice for failure to comply with Court orders. In light of this Order, the Court additionally denies the plaintiff's other pending motions (Dkt. Nos. 2–3; 7–8).

So ordered on May  14 , 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE